UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORUM HEALTH & PERSONAL CARE LLC, d/b/a LOLA and GOOGLE LLC,<br><br>Defendants. | Case No.: 3:25-cv-02383-JES-VET<br><br>**ORDER DENYING MOTIONS TO DISMISS AS MOOT**<br><br>**[ECF Nos. 25, 26]** |

On September 12, 2025, Plaintiffs Jane Doe 1 and Jane Doe 2 (collectively "Plaintiffs") filed a Complaint alleging violations of the California Invasion of Privacy Act against Defendants. ECF No. 1. On October 28, 2025, Defendants filed concurrent motions to dismiss the Complaint. ECF Nos. 25, 26. On November 18, 2025, Plaintiff filed an Amended Complaint ("FAC"). ECF No. 27. In light of the filing of the FAC, the motions to dismiss the initial complaint is **DENIED** as moot and without prejudice. The Court **VACATES** the January 7, 2026, hearing date.

//

//

1

1     **IT IS SO ORDERED**.

2 Dated: November 19, 2025

*[signature]*

Honorable James E. Simmons Jr.
United States District Judge