1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOURTHERN DISTRICT OF CALIFORNIA

| JANE DOE 1 and JANE DOE 2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FORUM HEALTH & PERSONAL CARE LLC, d/b/a LOLA and GOOGLE LLC,<br><br>Defendants. | Case No. 3:25-cv-02383-JES-VET<br><br>**ORDER GRANTING JOINT MOTION SETTING THE BRIEFING SCHEDULE FOR THE MOTIONS TO DISMISS** |
|---|---|

This Court, having considered the Moving Parties' Joint Motion requesting that the Court a briefing schedule, and for good cause appearing, orders as follows:

- December 18, 2025: Google's and Forum's Motion to Dismiss Deadline
- January 19, 2026: Plaintiffs' Oppositions to Motions to Dismiss Deadline
- February 9, 2026: Google's and Forum's Replies Deadline

**IT IS SO ORDERED**.

Dated: November 24, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge