Hahn Loeser & Parks LLP
MICHAEL J. GLEASON (SBN 279434)
IAN PIKE (SBN 329183)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
mgleason@hahnlaw.com
ipike@hahnlaw.com

Jackson Walker LLP
JOHN M. JACKSON (Texas SBN 24002340)
(*admitted pro hac vice*)
SHANNON M. WRIGHT (Texas SBN 24131783)
(*admitted pro hac vice*)
2323 Ross Ave Suite 600
Dallas, Texas 75201
Tel: (214) 953-6000
Fax: (214) 953-5822
jjackson@jw.com
swright@jw.com

*Attorneys for Defendant FORUM HEALTH & PERSONAL CARE LLC, d/b/a LOLA*

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JANE DOE 1 and JANE DOE 2, individually and on behalf of all others similarly situated,

Plaintiff

vs.

FORUM HEALTH & PERSONAL CARE LLC, d/b/a LOLA and GOOGLE LLC,

Defendants.

**Case No. 3:25-cv-02383-JES-VET**

**DEFENDANT FORUM HEALTH & PERSONAL CARE LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Judge: Hon. James E. Simmons, Jr
Magistrate Judge: Hon. Valerie E. Torres

Courtroom: 4B
Hearing Date: February 25, 2026 at 10:00 am

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Forum Health & Personal Care LLC d/b/a LOLA ("LOLA") will move and hereby moves to dismiss the First Amended Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6). A hearing has been set on February 25, 2026 at 10:00 a.m. for this motion before the Honorable James E. Simmons, Jr., United States District Court for the Southern District of California, Courtroom 4B, 221 West Broadway, San Diego, CA 92101.

This Motion is made on the grounds that Plaintiffs fail to state a claim on which relief can be granted against LOLA for each alleged claim.

The motion is based on this notice and motion, the accompanying memorandum of points and authorities, all pleadings and documents on file in this matter, including any response that Plaintiffs may file and any reply that LOLA may file, and such oral or written evidence or argument as may be presented in connection with this motion.

DATED: December 18, 2025

HAHN LOESER & PARKS LLP

By: *__/s/ Ian Pike__*
MICHAEL J. GLEASON (SBN 279434)
IAN PIKE (SBN 329183)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
mgleason@hahnlaw.com
ipike@hahnlaw.com

By: *__/s/ John M. Jackson__*
Jackson Walker LLP
JOHN M. JACKSON (TX SBN 24002340)
(*admitted pro hac vice*)
SHANNON M. WRIGHT (TX SBN 24131783)
(*admitted pro hac vice*)

2323 Ross Ave Suite 600
Dallas, Texas 75201
Tel: (214) 953-6000
Fax: (214) 953-5822
jjackson@jw.com
swright@jw.com

*Attorneys for Defendant FORUM HEALTH & PERSONAL CARE LLC, d/b/a LOLA*

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301