COOLEY LLP
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
JULIA M. IRWIN (352861)
(JIrwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

COOLEY LLP
AMANDA JEREIGE (324644)
(ajereige@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: +1 858 550 6000
Facsimile: +1 858 550-6420

Attorneys for Defendant
Google LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JANE DOE 1 and JANE DOE 2, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

FORUM HEALTH & PERSONAL CARE LLC, d/b/a LOLA and GOOGLE LLC,

Defendants.

Case No. 3:25-cv-02383-JES-VET

**DEFENDANT GOOGLE LLC'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Date: February 25, 2026
Time: 10:00 a.m.
Dept: 4B
Judge: James E. Simmons, Jr.

Complaint Filed: Sept. 12, 2025
Trial Date: TBD

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on February 25, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, before The Honorable James E. Simmons, Jr. of the United States District Court for the Southern District of California, located in Courtroom 4B at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101, Defendant Google LLC ("Google"), will and hereby does, move this Court, for an order dismissing with prejudice all claims asserted by Plaintiffs Jane Doe 1 and Jane Doe 2 (collectively, "Plaintiffs") against Google. Specifically, Google moves to dismiss Plaintiffs' claims pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure on two separate grounds. First, because Plaintiffs have not adequately alleged they suffered a concrete and particularized injury sufficient to confer standing under Article III of the U.S. Constitution. Second, Plaintiffs' claims under California Penal Code sections 631 and 632 should also be dismissed for failure to adequately state a claim upon which relief can be granted.

Prior to filing this Motion and as required pursuant to Section III(A) of this Court's Civil Chambers Rules, on December 10, 2025, counsel for Google conferred with counsel for Plaintiffs. (Declaration of Aarti Reddy ¶ 2.) The parties discussed the substance of this Motion in an attempt to resolve the matter informally, but were unable to reach agreement on the relief Google seeks in this Motion. (*Id.*)

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Aarti Reddy, any other matters of which the Court may take judicial notice, the pleadings and documents on file in this case, and any evidence or oral argument offered at any hearing on this Motion.

////

////

Dated: December 18, 2025

COOLEY LLP

By: */s/ Simona Agnolucci*
Simona Agnolucci

Attorney for Defendant
Google LLC