**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Stefan Bogdanovich (State Bar No. 324525)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
sbogdanovich@bursor.com
idiaz@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

JANE DOE 1 and JANE DOE 2, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

FORUM HEALTH & PERSONAL CARE LLC, d/b/a LOLA and GOOGLE LLC,

Defendants.

Case No. 3:25-cv-02383-JES-VET

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Judge: Hon. James E. Simmons, Jr.

Pursuant to the Court's Order on February 11, 2026, granting Plaintiffs', Jane Doe 1 and Jane Doe 2, request to file a Notice of Supplemental Authority, Plaintiffs now submit this Notice of Supplemental Authority of a recent decision by the Honorable Susan Illston in *Krzyzek v. OpenX Technologies, Inc.*, --- F.Supp.3d ----, No. 25-cv-05588-SI, 2026 WL 206855 (N.D. Cal. Jan. 27, 2026). There, the court found the plaintiffs[1] sufficiently alleged a tracking pixel's interceptions occurred in transit because the "complaint adequately allege[d] that after the OpenX pixel is loaded onto a user's browser, then it 'intercepts the detailed, full-string URL from each page' of a website a user visits, 'thereby intercepting the user's communications with the website … in 'transit,' and begin[ning] 'within seconds' of the user reaching a partner website." *Id.* at *7 (citing the First Amended Complaint ¶¶ 168, 170, 255). A copy of the order is attached for the Court's reference as **Exhibit A**.

Dated: February 11, 2026

**BURSOR & FISHER, P.A.**

By: /s/ *Stefan Bogdanovich*
Stefan Bogdanovich

L. Timothy Fisher (State Bar No. 191626)
Stefan Bogdanovich (State Bar No. 324525)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
sbogdanovich@bursor.com
idiaz@bursor.com

*Attorneys for Plaintiffs*

[1] Who, for what it is worth, were also represented by "Bursor & Fisher, [a firm which] has filed well over 100 complaints alleging CIPA." Google MTD at 1, n.2.