COOLEY LLP
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
JULIA M. IRWIN (352861)
(JIrwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

COOLEY LLP
AMANDA JEREIGE (324644)
(ajereige@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: +1 858 550 6000
Facsimile: +1 858 550-6420

Attorneys for Defendant
Google LLC

[*additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JANE DOE 1 and JANE DOE 2, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

FORUM HEALTH & PERSONAL CARE LLC, d/b/a LOLA and GOOGLE LLC,

Defendant.

Case No. 3:25-cv-02383-JES-VET

**JOINT MOTION REQUESTING LEAVE FOR DEFENDANT GOOGLE LLC TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Crtrm: 4B
Judge: Hon. James E. Simmons, Jr.

Complaint Filed: Sept. 12, 2025

Defendants Google LLC ("Google") and Forum Health & Personal Care LLC ("Forum") (collectively, "Defendants"), and Plaintiffs Jane Doe 1 and Jane Doe 2 (collectively, "Plaintiffs," and together with Defendants, the "Moving Parties"), by and through their undersigned counsel, hereby jointly stipulate and agree to Google's request for leave to file a Notice of Supplemental Authority to bring to the Court's attention the recently decided case, *Maghoney v. Dotdash Meredith, Inc.*, No. 24-CV-2394-AJB-BJW, 2026 WL 497402 (S.D. Cal. Feb. 23, 2026), attached hereto as **Exhibit A**. In support of this joint motion, the Moving Parties state as follows:

WHEREAS, on September 12, 2025, Plaintiffs commenced this putative class action in the Southern District of California (ECF No. 1);

WHEREAS, on October 28, 2025, Defendants each filed their respective Motions to Dismiss Plaintiffs' Class Action Complaint (ECF Nos. 25, 26);

WHEREAS, on November 18, 2025, Plaintiffs filed the First Amended Complaint (ECF No. 27);

WHEREAS, on November 19, 2025, this Court entered an Order Denying Motions to Dismiss as Moot and also vacating the January 7, 2026 hearing date (ECF No. 28);

WHEREAS, the Moving Parties agreed and jointly moved to set a briefing schedule for Defendants' anticipated Motions to Dismiss (ECF No. 29), which was granted by the Court (ECF No. 30), setting the motion to dismiss deadlines on December 18, 2025, with responses due by January 19, 2026 and replies due by February 9, 2026;

WHEREAS, on December 18, 2025, Defendants each filed their respective Motion to Dismiss Plaintiffs' First Amended Complaint (ECF Nos. 31, 32);

WHEREAS, on January 15, 2026, the Moving Parties agreed and jointly moved to request a one-week extension on Plaintiffs' deadline to oppose Defendants' Motions to Dismiss from January 19, 2026 to January 26, 2026, and a corresponding one-week extension on Defendants' deadline to file their respective replies in support of their

Motions to Dismiss, as well as to allow Plaintiffs a 30-page limit on their consolidated opposition to the Motions to Dismiss (ECF No. 35), which was granted by the Court (ECF No. 36), which set the deadlines accordingly;

WHEREAS, on January 26, 2026, Plaintiffs filed their Opposition in Response to Defendants' Motion to Dismiss (ECF No. 37);

WHEREAS, on February 10, 2026, the Moving Parties agreed and jointly moved (i) to continue the hearing on Defendants' respective Motions to Dismiss from February 25, 2026 to March 11, 2026, (ii) to extend the page limit for Defendants' reply brief from 10 to 13 pages; and (iii) for an order granting Plaintiffs' request for leave to file a notice of supplemental authority (ECF No. 38);

WHEREAS, on February 11, 2026, the Court entered an order granting the Moving Parties' joint motion in its entirety, including granting Plaintiffs leave to file their notice of supplemental authority (ECF No. 39);

WHEREAS, on February 11, 2026, Plaintiffs filed a Notice of Supplemental Authority in support of their Opposition to Defendants' Motions to Dismiss (ECF No. 40);

WHEREAS, on February 17, 2026, Defendants filed their respective Replies in support of their respective Motions to Dismiss (ECF No. 41, 42);

WHEREAS, on February 27, 2026, the Moving Parties met and conferred and agreed not to oppose Google's request for leave to file a Notice of Supplemental Authority to bring to the Court's attention a recent decision by the Honorable Anthony J. Battaglia in *Maghoney v. Dotdash Meredith, Inc.*, No. 24-CV-2394-AJB-BJW, 2026 WL 497402 (S.D. Cal. Feb. 23, 2026) (Declaration of Simona Agnolucci ¶ 3);

WHEREAS, good cause exists to grant Google leave to file a Notice of Supplemental Authority because *Maghoney* addresses dispositive Article III standing principles and pleading requirements directly relevant to the issues raised in Google's Motion to Dismiss;

NOW, THEREFORE, the Moving Parties jointly request that the Court grant

Google's request for leave to file a Notice of Supplemental Authority.

Dated: February 27, 2026

**COOLEY LLP**

By: */s/ Simona Agnolucci*

Simona Agnolucci (246943)
(sagnolucci@cooley.com)
Aarti Reddy (274889)
(areddy@cooley.com)
Argemira Florez (331153)
(aflorez@cooley.com)
Julia M. Irwin (352861)
(JIrwin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Amanda Jereige (324644)
(ajereige@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: +1 858 550 6000
Facsimile: +1 858 550-6420

*Attorneys for Defendant Google LLC*

Dated: February 27, 2026

**BURSOR & FISHER, P.A.**

By: /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Stefan Bogdanovich (State Bar No. 324525)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
sbogbanovich@bursor.com
idiaz@bursor.com

*Attorneys for Plaintiffs*

Dated: February 27, 2026

**JACKSON WALKER LLP**

By: */s/ John M. Jackson*

John M. Jackson (Texas SBN 24002340)
(*admitted pro hac vice*)
Shannon M. Wright (Texas SBN 24131783)
(*admitted pro hac vice*)
2323 Ross Ave Suite 600

Dallas, Texas 75201
Tel: (214) 953-6000
Fax: (214) 953-5822
jjackson@jw.com
swright@jw.com

HAHN LOESER & PARKS LLP
Michael J. Gleason (SBN 279434)
Ian Pike (SBN 329183)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
mgleason@hahnlaw.com
ipike@hahnlaw.com

*Attorneys for Defendant Forum Health & Personal Care, LLC*

**FILER'S ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from the other signatories shown above and that said signatories have authorized placement of their electronic signatures on this document.

Dated: February 27, 2026

By: */s/ Simona Agnolucci*
Simona Agnolucci