UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORUM HEALTH & PERSONAL CARE LLC d\b\a\ LOLA and GOOGLE LLC,<br><br>Defendants. | Case No.: 25-cv-2383-JES-DDL<br><br>**ORDER GRANTING JOINT MOTION TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>[**ECF No. 43**] |

Pending before the Court is the parties' joint motion for Defendant Google LLC to file a notice of supplemental authority regarding *Maghoney v. Dotdash Meredith, Inc.*, No. 24-CV-2394-AJB-BJW, 2026 WL 497402 (S.D. Cal. Feb. 23, 2026). The Court **GRANTS** the motion.

**IT IS SO ORDERED**.

Dated: March 2, 2026

Honorable James E. Simmons Jr.
United States District Judge