UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JANE DOE 1 and JANE DOE 2, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

FORUM HEALTH & PERSONAL CARE LLC d\b\a\ LOLA and GOOGLE LLC,

Defendants.

Case No.: 25-cv-2383-JES-VET

**ORDER GRANTING EX PARTE MOTIONS TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

[**ECF Nos. 51, 52**]

Pending before the Court are two motions by Plaintiffs to file Notices of Supplemental Authority. ECF Nos. 51, 52. Good cause appearing, the Court **GRANTS** the motions.

**IT IS SO ORDERED**.

Dated: October 14, 2026

Honorable James E. Simmons Jr.
United States District Judge